IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 21-cr-40048-SMY-2 |
| | ) |
| CARLOS L. HALLIBURTON, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**YANDLE, District Judge:**

Before the Court is Defendant Carlos L. Halliburton's *pro se* motion to obtain copies (Doc. 552). Halliburton seeks copies of the court docket, the sentencing transcripts, the sentencing and judgment, and the plea agreement.

Defendants have no constitutional right to a complimentary copy of any document in their court files. *See United States v. Groce*, 838 F. Supp. 411, 413, 414 (E.D. Wis. 1993). Thus, before providing copies free of charge, a district court may require the requestor to show: (1) that he has exhausted *all* other means of access to his files (*i.e.*, through his trial and appellate counsel); (2) that he is financially unable to secure access to his court files (*i.e.*, through a showing similar to that required in 28 U.S.C. § 1915(a)(2) which includes a certified copy of the prisoner's trust account for the previous six-month period prior to filing); and (3) that the documents requested are necessary for some specific non-frivolous court action. *See United States v. Wilkinson*, 618 F.2d 1215, 1218-19 (7th Cir. 1980); *Rush v. United States*, 559 F.2d 455, 459 (7th Cir. 1977). These minimal requirements do not impose any substantial burden to prisoners who desire their records be sent to them at government expense.

Halliburton has not made the requisite showing as it relates to the plea agreement, sentencing transcripts, and sentencing and judgment. He has not demonstrated that he has exhausted all other means of obtaining the documents or that the documents are necessary (or how they are necessary) for a specific court action. The Court will, however, provide him with a copy of the court docket sheet.

The motion is **GRANTED IN PART and DENIED IN PART**. The Clerk of Court is **ORDERED** to send to Defendant, Carlos L. Halliburton, a copy of the docket sheet from case 21-cr-40048-SMY-2. If Halliburton wishes to pay for a copy of the requested documents, he will need to send a letter to the Clerk of Court and request the cost of production.

**IT IS SO ORDERED.**

DATED: April 15, 2024

**STACI M. YANDLE**
**United States District Judge**